[No. 38104-1-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06386-8, Nicole MacInnes, J., entered February 2, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38170-9-I.     Division One.     May 12, 1997.]

*In the Matter of the Marriage of* CHRIS H. ODOM, *Appellant*, and CHERYL ANN ODOM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-00401-0, John M. Darrah, J., entered January 18, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38179-2-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEMKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04401-0, Michael Spearman, J., entered January 25, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38180-6-I.     Division One.     May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LOUIS MULL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07366-4, Anthony P. Wartnik, J., entered February 21, 1996. *Dismissed* by unpublished per curiam opinion.